UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>SETH M. BOURGET<br><br>Defendant | )<br>)<br>)<br>)  Case No. 20-cr-10029-DJC<br>)<br>)<br>)<br>) |

ORDER OF EXCLUDABLE DELAY

DENISE J. CASPER, D.J.

Upon consideration of the parties' assented-to motion seeking an order of excludable delay, the Court finds:

1. Exclusion of time from April 7, 2022, through and including the date of trial on __November 1, 2022__, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," specifically, this exclusion of time allows the defendant to secure the necessary witnesses and prepare for trial.

2. The ends of justice served by excluding this time outweigh the public and the defendant's interest in a speedy trial.

Accordingly, the Court grants the parties' assented-to motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from April 7, 2022, through and including __November 1, 2022__, is excluded from the speedy trial clock.

_____
HONORABLE DENISE J. CASPER
U.S. DISTRICT COURT JUDGE

_____
DATE ENTERED