UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| UNITED STATES ) | | |
| ) | | |
| v. ) | CRIMINAL NO. 20-CR-10029-DJC | |
| ) | | |
| SETH M. BOURGET ) | | |
| _____ ) | | |

ASSENTED TO MOTION TO UNSEAL PRE-TRIAL FILINGS

Now comes Seth M. Bourget, through the undersigned counsel, and with the assent of the United States, respectfully requests that this Court unseal all previously sealed pretrial government and defense filings, including docket entries 121-1 and 121-2 and all motions identified in docket number 186, with the exception of (1) any ex-parte filing, (2) any attachment to a filing that contains medical records, and (3) any other filing that was sealed pursuant to a statutory requirement.  As grounds for this motion, counsel asserts that the reason for sealing the filings at issue was to prevent potential witnesses from reviewing various expert reports and other trial related filings prior to giving testimony at trial. (See Docket Entries 127 & 132).  Now that the trial has been completed, there is no longer a need to keep the pre-trial filings under seal.

Respectfully Submitted,

_____
Benjamin Brooks
BBO #661763
Good, Schneider, Cormier & Fried
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933
bb@gscfboston.com

Assented to by:

\_\_/s/Torey B. Cummings_____
Torey B. Cummings
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3281
Torey.cummings@usdoj.gov

## Certificate of Service

I, Benjamin Brooks, hereby certify that the foregoing motion has been served upon opposing counsel in this matter, AUSAs Torey Cummings and Neil Gallagher, by filing this motion via the ECF system.

_____
Benjamin Brooks